I updated ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Ameresco, Inc. | ) ASBCA No. 63513 |
| | ) |
| Under Contract No. N40085-20-D-0032 | ) |

APPEARANCE FOR THE APPELLANT:     Ron R. Hutchinson, Esq.
                                  Doyle & Bachman LLP
                                  McLean, VA

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                  Navy Chief Trial Attorney
                                  Billy B. Ruhling, II, Esq.
                                  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 8, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63513, Appeal of Ameresco, Inc., rendered in conformance with the Board's Charter.

Dated:  August 8, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals